UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:25-cv-07515 |
| ) | |
| Detective Stephen Struska, ) | Judge: Jeffrey I. Cummings |
| Officer Corina Sumner ) | |
| and Cook County, ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO PROCEED PSEUDONOMOUSLY, *INSTANTER*

Plaintiff, by and through her attorney, request this Honorable Court allow the leave to file their Motion to Proceed Pseudonymously, *instanter*, in this cause, and in support thereof, Plaintiff states as follows:

1. Plaintiff's Motion to Proceed Pseudonymously was due on October 3, 2025.

2. Counsel for Plaintiff experienced an unforeseen medical event and, as a result, has been required to attend multiple medical appointments, making it difficult to complete the Motion by the deadline.

3. Plaintiff's Motion to Proceed Pseudonymously will be filed contemporaneously with this Motion and is filed only one (1) business day from the date it was due.

WHEREFORE, Plaintiff respectfully requests that their Motion to allow them leave to file their Motion to Proceed Pseudonymously, *instanter*.

Dated: October 6, 2025                    Respectfully submitted,

By:/s/ Christopher M. Jahnke
Christopher M. Jahnke Attorney for Plaintiff

Christopher M. Jahnke (cmj@jtlawllc.com)
FRANKFORT LAW GROUP
10075 W. Lincoln Highway
Frankfort, IL 60423
Phone: (708)349-9333
ARDC: 6294347