UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jane Doe
                    Plaintiff,

v.                                              Case No.: 1:25−cv−07515
                                                Honorable Jeffrey I Cummings

Stephen Struska, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 10, 2025:

        MINUTE entry before the Honorable Jeffrey I Cummings: Defendants' motions for extension of time to answer or otherwise plead [21] [24] are granted. Defendants Cook County, Struska, Sumner, and Richert shall answer or otherwise plead by 10/30/25. Plaintiff's motion for leave to file instanter [25] is granted. Plaintiff's motion to proceed under a pseudonym [26] is taken under advisement and the Court will issue a ruling in due course. The 10/23/25 initial joint status report deadline is stricken and reset to 11/5/25. The 11/7/25 tracking status hearing is stricken and reset to 11/21/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.