UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Jane Doe
                    Plaintiff,

v.                                        Case No.: 1:25−cv−07515
                                          Honorable Jeffrey I Cummings

Stephen Struska, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 25, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed plaintiff's motion to proceed under a pseudonym [26]. For the following reasons, plaintiff's motion [26] is denied. To begin, the Seventh Circuit has "repeatedly voiced [its] disfavor of parties proceeding anonymously, as anonymous litigation runs contrary to the rights of the public to have open judicial proceedings and to know who is using court facilities and procedures funded by public taxes. To proceed anonymously, a party must demonstrate exceptional circumstances that outweigh both the public policy in favor of identified parties and the prejudice to the opposing party that would result from anonymity." Doe v. Village of Deerfield, 819 F.3d 372, 376−77 (7th Cir. 2016). Indeed, the Seventh Circuit recently reiterated its "strong presumption that adult litigants must use their own names." Doe v. K.J. et al, Case No. 25−1046, 2025 WL 2755815, at *1 (7th Cir. Sept. 29, 2025). Here, plaintiff's speculative concerns regarding potential media interest (given her attorney's involvement in another case) and potential retaliation in her (and her adult son's) employment are insufficient to warrant proceeding under an alias. Plaintiff shall re−file her complaint in her name (with no additional amendments absent leave of Court) on or before 12/9/25. Alternatively, "plaintiff may withdraw the suit in order to preserve confidentiality" by filing a motion to voluntarily dismiss this matter on or before that date. Doe, 2025 WL 2755815, at *2. Defendants' motion for extension of time to answer or otherwise plead [28] is granted. Briefing on defendants' motions to dismiss [29] [31] is stayed pending further order of the Court. The previously set 11/21/25 tracking status hearing is stricken and reset to 12/29/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.